United States District Court
Southern District of Texas
**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH ROBERTS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> AAY SECURITY LLC, § <br> § <br> Defendant § | CIVIL ACTION NO. 2:19-CV-00366 |

### ORDER

On this day, the Court considered the parties' Joint Motion and Memorandum of Law for Approval of FLSA Collective Settlement (the "Motion"). (D.E. 57). The Court, having considered the Motion, hereby **GRANTS** the Motion. It is therefore **ORDERED** that this matter is dismissed with prejudice pursuant to the parties' Settlement Agreement. *See* (D.E. 56-1, p. 14). The Clerk of Court shall enter judgment accordingly and terminate this action.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       September 29, 2022